No. 40908.—Protest 929556–G of F. Loeser & Co., Inc. (New York).

Opinion by DALLINGER, J.   It was stipulated that the merchandise consists of inkstands, blotters, paper knives, and trays chiefly used in the household for utilitarian purposes.   The claim at 40 percent under paragraph 339 was therefore sustained.   *Rice* v. *United States* (T. D. 49373), *Dow* v. *United States* (21 C. C. P. A. 282, T. D. 46816), and *United States* v. *Friedlaender* (id. 103, T. D. 46445) cited.